Duffy Carolan (SBN 154988)
JASSY VICK CAROLAN LLP
400 Montgomery Street, Suite 200
San Francisco, California 94104
Tel: (415) 539-3399
Fax: (415) 539-3394
dcarolan@jassyvick.com

Jean-Paul Jassy (SBN 205513)
Kevin L. Vick (SBN 220738)
6605 Hollywood Blvd., Suite 100
Los Angeles, California 90028
Tel: (310) 870-7048
Fax: (310) 870-7010
jpjassy@jassyvick.com
kvick@jassyvick.com

Attorneys for Defendants
PROVIDENCE PUBLICATIONS, LLC, and
J DALE DEBBER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LARRY J. LICHTENEGGER, J. DALE DEBBER, both Individuals, and PROVIDENCE PUBLICATIONS, LLC, a California limited liability company,<br><br>    Defendants. | Case No. 2:15-cv-02445-TLN-CKD<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS; ORDER**<br><br>Date:      Feb. 25, 2016<br>Time:      2 p.m.<br>Courtroom: 2 (Hon. Troy L. Nunley)<br><br>Complaint Filed: November 23, 2015 |

WHEREAS Defendants Providence Publications, LLC and J. Dale Debber filed a motion to dismiss for failure to state a claim (Dkt. # 13), which was originally set for hearing on January 11, 2016 before the Honorable Garland E. Burrell, Jr.:

WHEREAS on January 8, 2016, this case was reassigned to the Honorable Troy L. Nunley (Dkt. # 24) and subsequently reset for hearing on February 25, 2016 at 2 p.m (Dkt. # 25);

WHEREAS counsel for Defendants has a trial set to begin on February 22, 2016, in another matter before the United States District Court, Northern District of California (Case No. 3:14-cv-01910-JD) that reasonably can be anticipated to last two to three weeks;

WHEREAS to accommodate defense counsel's trial schedule, Plaintiff has agreed to a continuance of the hearing for four to five weeks;

IT IS THEREFORE STIPULATED by and between the parties, through their respective counsel of record that the hearing presently set for February 25, 2016 be reset for March 24, 2016, at 2:00 PM in Courtroom 2, or as soon thereafter as can be set on the Court's law and motion calendar.

IT IS SO STIPULATED.

Date: February 1, 2016        HINSHAW & CULBERTSON LLP

 /s/ *Travis Wall (as authorized on Feb. 2, 2016)*
 Travis Wall
 Attorneys for Plaintiff
 Applied Underwriters, Inc.

Date: February 1, 2016        JASSY VICK CAROLAN LLP

/s/ *Duffy Carolan*
Duffy Carolan
Attorneys for Defendants
Providence Publications, LLC,
J. Dale Debber

---

1
STIPULATION AND ORDER TO CONTINUE HEARING DATE ON MOTION TO DISMISS
Case No. 2:15-cv-02445-TLN-CKD

**ORDER**

Based on the foregoing stipulation, and good cause appearing, IT IS SO ORDERED.

Dated: February 8, 2016

_____
Troy L. Nunley
United States District Judge