| | |
|---|---|
| 1 | SPENCER Y. KOOK (SBN 205304)<br>HINSHAW & CULBERTSON LLP |
| 2 | 633 West 5th Street, 47th Floor<br>Los Angeles, CA 90071-2043 |
| 3 | Telephone: 213-680-2800<br>Facsimile: 213-614-7399 |
| 4 | |
| 5 | TRAVIS WALL (SBN 191662)<br>PETER J. FELSENFELD (SBN 260433) |
| 6 | HINSHAW & CULBERTSON LLP<br>One California Street, 18th Floor |
| 7 | San Francisco, CA 94111<br>Telephone: 415-362-6000 |
| 8 | Facsimile: 415-834-9070 |
| 9 | MARK K. SURI (6199636)<br>HINSHAW & CULBERTSON LLP |
| 10 | 222 North LaSalle Street, Ste. 300<br>Chicago, Illinois 60601 |
| 11 | Telephone: (312) 704-3000<br>Facsimile: (312) 704-3001 |
| 12 | *Pro Hac Vice* |
| 13 | Attorneys for Plaintiff APPLIED UNDERWRITERS, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| APPLIED UNDERWRITERS, INC., a<br>Nebraska corporation, | ) | Case No. 2:15-cv-02445-TLN-CKD |
| Plaintiff, | )<br>)<br>) | **STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES; ORDER** |
| vs. | ) | |
| LARRY J. LICHTENEGGER, J. DALE DEBBER, both Individuals, and PROVIDENCE PUBLICATIONS, LLC, a California limited liability company, | )<br>)<br>)<br>) | Date: October 5, 2017<br>Time: 2 p.m.<br>Courtroom: 2 (Hon. Troy L. Nunley) |
| Defendants. | )<br>)<br>) | Complaint Filed: November 24, 2015<br>Jury Trial Demanded |

**TO THE HONORABLE COURT:**

WHEREAS Defendants Larry Lichtenegger, Providence Publications, LLC and J. Dale Debber filed a motion for attorneys' fees (Dkt. #37), which motion was set for hearing on October 5, 2017;

WHEREAS counsel for Plaintiff has a conflict with the hearing date of October 5, 2017 based on another matter that was previously scheduled;

WHEREAS to accommodate Plaintiff's counsel's schedule, Defendants have agreed to a continuance of the hearing;

WHEREAS counsel for Defendants has a conflict with a potential hearing date of November 2, 2017;

IT IS THEREFORE STIPULATED by and between the parties, through their respective counsel of record that the hearing presently set for October 5, 2017, be reset for October 19, 2017 at 2:00 PM in Courtroom 2, or as soon thereafter as can be set on the Court's law and motion calendar, but not on November 2, 2017.

IT IS SO STIPULATED.

Date: September 18, 2017

HINSHAW & CULBERTSON LLP

By: */s/ Spencer Y. Kook*
SPENCER Y. KOOK
TRAVIS WALL
PETER J. FELSENFELD
MARK K. SURI
Attorneys for Plaintiff APPLIED UNDERWRITERS, INC.

Date: September 18, 2017

JASSY VICK CAROLAN LLP

By: */s/ Duffy Carolan (authorized on Sept 18, 2017)*
DUFFY CAROLAN
JEAN-PAUL JASSY
KEVIN L. VICK
Attorneys for Defendants LARRY J. LICHTENEGGER, PROVIDENCE PUBLICATIONS, LLC and J. DALE DEBBER

**ORDER**

The hearing presently set for October 5, 2017, be reset for October 19, 2017 at 2:00 PM in Courtroom 2. Based on the foregoing stipulation, and good cause appearing, IT IS SO ORDERED.

Dated: September 19, 2017

Troy L. Nunley
United States District Judge