Duffy Carolan (SBN 154988)
JASSY VICK CAROLAN LLP
400 Montgomery Street, Suite 200
San Francisco, California 94104
Tel: (415) 539-3399
Fax: (415) 539-3394
dcarolan@jassyvick.com

Jean-Paul Jassy (SBN 205513)
Kevin L. Vick (SBN 220738)
6605 Hollywood Blvd., Suite 100
Los Angeles, California 90028
Tel: (310) 870-7048
Fax: (310) 870-7010
jpjassy@jassyvick.com
kvick@jassyvick.com

Attorneys for Defendants
PROVIDENCE PUBLICATIONS, LLC, and
J DALE DEBBER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska corporation,<br><br>Plaintiff,<br><br>v.<br><br>LARRY J. LICHTENEGGER, J. DALE DEBBER, both Individuals, and PROVIDENCE PUBLICATIONS, LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:15-cv-02445-TLN-CKD<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES; ORDER**<br><br>Date: Oct. 19, 2017<br>Time: 2 p.m.<br>Courtroom: 2 (Hon. Troy L. Nunley)<br><br>Complaint Filed: November 23, 2015 |

---

STIPULATION AND ORDER TO CONTINUE HEARING DATE ON MOTION FOR ATTORNEYS' FEES
Case No. 2:15-cv-02445-TLN-CKD

WHEREAS Defendants Providence Publications, LLC and J. Dale Debber filed a motion to for attorneys' fees (Dkt. # 37), which motion was initially set for hearing on October 5, 2017;

WHEREAS by stipulation of the parties, due to a conflict Plaintiffs' counsel had with the initial hearing date, the Court granted a continuance of the hearing to October 19, 2017 (Dkt. # 42);

WHEREAS Defendants' counsel has been summoned to jury duty in Marin County on October 18, 2017 (and already obtained one continuance);

WHEREAS, in anticipation of this potential conflict, Defendants' counsel has sought and obtained the stipulation from Plaintiffs to continue the hearing on Defendants' Motion for Attorneys' Fees until November 16, 2017 at 2 p.m.;

IT IS THEREFORE STIPULATED by and between the parties, through their respective counsel of record that the hearing presently set for October 19, 2017, be reset for November 16, 2017 at 2:00 p.m, or as soon thereafter as can be set on the Court's law and motion calendar.

IT IS SO STIPULATED.

Date: October 5, 2017         HINSHAW & CULBERTSON LLP

  /s/  *Mark K. Suri(as authorized on Oct. 5, 2017)*
   Mark K. Suri
   Attorneys for Plaintiff
   Applied Underwriters, Inc.

Date: October 5, 2017         JASSY VICK CAROLAN LLP

   /s/ *Duffy Carolan*
   Duffy Carolan
   Attorneys for Defendants
   Providence Publications, LLC,
   J. Dale Debber

1
STIPULATION AND ORDER TO CONTINUE HEARING DATE ON MOTION FOR ATTORNEYS' FEES
Case No. 2:15-cv-02445-TLN-CKD

**ORDER**

Upon stipulation of the parties, and good cause appearing, the hearing presently set for October 19, 2017, is hereby reset for November 16, 2017 at 2:00 p.m. in Courtroom 2. IT IS SO ORDERED.

Dated: October 6, 2017

_____
Troy L. Nunley
United States District Judge